Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 08 2015

Abel Acosta, Clerk

"In re Eric Flores , pro se relator"

"In re The State of Texas , relator"

vs.

Former Texas Governor Rick James Perry , respondant

Trial Court Case No. D-1-DC-14-100139
Third Court of Appeals Case No.3-15-00063-CR
Texas Court of Criminal Appeals Case No.PD-1067-15

---

## MOTION REQUESTING PERMISSION TO FILE JUDICIAL NOTICE OF LEAVE OF TEXAS COURT OF CRIMINAL APPEALS THAT EXCEED PAGE AND WORD LIMITATION

Pursuant to Texas Rule of Appellate Procedure no.10.1 the relator Eric Flores respectfully files this motion to file judicial notice of Leave of Court that Exceed Page and Word Limitation. In support thereof the pro se relator states the following grounds for relief , in particular ;

(1)The relator judicial notice of leave of court exceed the word and page limitation because it was necessary for the relator to assert every detail or fact relateing to the circumstances of the case in order for the appellate panel to fully understand the nature of the relators claims which exceeded the page and word limitation.

(2) The relator contends that without being able to assert every detail or fact relateing to the circumstances of the cases the appellate panel would not have understood the nature of the relators claims and therefore even though it exceeded the page and word limitation it is necessary for the relator to assert every detail or fact relateing to the circumstances of the case.

(3) The relator further contends that it is necessary for the appellate panel to be able to fully comprehend and understand the nature of the relators judicial notice since it is of imperative importance to the public interest of health and safety.

(4)The relators judicial notice seeks notify the United States Supreme Court that the circumstances of this case have so far departed from the normal course of judicial process in the lower court system so as to justify invokeing the United States Supreme Courts supervisory power to enforce the law for the purpose of prohibiting the defendant from further engageing in conduct that constitutes a threat to the public interest of health and safety which has already resulted in the death of more than four members of the public includeing the relators relatives constituteing mass murder in the first degree.

(3) For this reason it is necessary for the relator to file this foregoing motion requesting permission to file judicial notice that exceed the word and page limitation.

## CONCLUSSION AND PRAYER

Wherefore Primises Considered in conformance with the prerequisites settforth herein the relator prays that the Texas Court of Criminal Appeals to grant the relator permission to file the foregoing judicial notice that exceed the word and page limitation.

The relator prays for general relief.

Respectfully Submitted,

"In re Eric Flores , pro se relator"

General Delivery , 8401 Boeing Dr.,

El Paso Texas 79910

Pursuant to Penalty of Perjury (28 U.S.C & 1746) the relator hereby states , declares , and certifies that the foregoing application to individual Chief Justice Roberts is true and correct.

# CERTIFICATE OF SERVICE

Pursuant to Penalty of Perjury (28 U.S.C. & 1746) the relator hereby

states , declares , and certifies that true and correct copies of the

foregoing application to individual Chief Justice John G. Roberts was

sent via United States Postal Services to the following parties of

interest settforth below , in particular ;

(i)Eric Flores is a party of interest whoms place of business is
designated at General Delivery , 8401 Boeing Dr., El Paso Texas 79910.

(ii)Richard James "Rick" Perry is a party of interest whoms place of
business is designated at 122 C St., NW, Ste. 200Washington, DC 20001.

(iii)The State of Texas is a party of interest whoms place of business is
designated at State Capitol , P.O. Box 12697 Room 1E.8 Austin Texas
78701